UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                             :

ROBERT DEREK LURCH,              :
                                             :

                   Plaintiff,    :                     22-CV-2324 (VSB)
                                             :

            -against-          :                    **ORDER**
                                             :

JOHN DOE OFFICERS that had Plaintiff in   :
their custody and arrested Plaintiff during May :
9, 2021 incident; M.D. who ordered       :
medication; NURSE who administered it,    :
                                             :

                 Defendants.  :
                                           :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff Robert Derek Lurch ("Lurch") requests that the Court direct the City of New York to identify the officers who participated in his detention and transport to Bellevue Hospital. (Doc. 22 at 2.)  The City of New York reports that it understood Lurch to be pursuing litigation against only the New York Police Department ("NYPD") officer that arrested Lurch and that officer's partner.  It has identified those two officers.  The City of New York also acknowledges that more NYPD officers were involved in detaining and transporting Lurch but states that Lurch has not provided sufficient information to identify which of these officers he wishes to sue. (Doc. 20 at 2.)

      Lurch has now confirmed that he wishes to sue all of the NYPD officers involved in his detention and transportation.  Pursuant to *Valentin v. Dinkins*, the City of New York is therefore directed to ascertain the identity of these officers and the addresses where they may be served. 121 F.3d 72, 76 (2d Cir. 1997).  The New York City Law Department must provide this information to Plaintiff and the Court by November 30, 2022.

SO ORDERED.

Dated:  November 9, 2022
        New York, New York

Vernon S. Broderick
United States District Judge