UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ROBERT DEREK LURCH,

                             Plaintiff,

              -against-

JOHN DOE OFFICERS that had Plaintiff in their custody and arrested Plaintiff during May 9, 2021 incident; M.D. who ordered medication; NURSE who administered it,

                            Defendants.
-------------------------------------------------------- X

22-CV-2324 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Defendant City of New York requests to be relieved of its obligations under my order of November 9, 2022. (Doc. 25.) That order required the City of New York to identify additional officers involved in Plaintiff's arrest pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997). Plaintiff shall file any response to this request by December 15, 2022.

SO ORDERED.

Dated: November 17, 2022
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge