UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                                                         :

ROBERT DEREK LURCH, JR.,                    :

                                                  Plaintiff,          :
                                                                               :                 22-CV-2324 (VSB)
                                              -against-           :
                                                                               :                      **ORDER**

JONATHAN HOWARD, *et al.*,                   :

                                                 Defendants.   :
                                                                               :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff Robert Derek Lurch, Jr. ("Lurch") filed a letter with the Court, dated November 25, 2023, stating that the state criminal charges related to the conduct underlying the claims in this case have been dismissed and requesting that the stay in this matter be lifted. (Doc. 50.) Accordingly, it is hereby:

       ORDERED that the City of New York shall file a letter by December 27, 2023, responding to Lurch's motion to lift the stay and proposing next steps in this case.

SO ORDERED.

Dated:  December 18, 2023
            New York, New York

                                                                       _____
                                                                       Vernon S. Broderick
                                                                       United States District Judge