UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ROBERT DEREK LURCH, JR.,

                     Plaintiff,

            -against-

P.O. ERIC KIM, P.O. AMANDA PSAREAS, JOHN DOE Officers that assisted in detaining and transporting the Plaintiff, DR. JONATHAN HOWARD, K. CARTY, *registered nurse*, and JOHN DOE Officers that arrested Plaintiff on 40th and 8th Ave. on May 9, 2021 around 7 PM to 7:45 PM,

                    Defendants.
-------------------------------------------------------X

22-CV-2324 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's motion, dated February 1, 2024, requesting a "second *Valentin* order to assist [him] in identifying the newly added defendants." (Doc. 67.)

Accordingly, it is hereby:

      ORDERED that defense counsel shall respond to Plaintiff's motion pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), by February 14, 2024.

SO ORDERED.

Dated: February 7, 2024
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge