UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :
ROBERT DEREK LURCH, JR.,                                :
                                                        :
                                      Plaintiff,        :
                                                        :          22-CV-2324 (VSB)
                    -against-                            :
                                                        :              **ORDER**
P.O. ERIC KIM, P.O. AMANDA PSAREAS,                     :
JOHN DOE Officers that assisted in detaining            :
and transporting the Plaintiff, DR.                     :
JONATHAN HOWARD, K. CARTY,                              :
*registered nurse*, and JOHN DOE Officers that          :
arrested Plaintiff on 40th and 8th Ave. on May          :
9, 2021 around 7 PM to 7:45 PM,                         :
                                                        :
                                      Defendants.       :
                                                        :
-------------------------------------------------------X
VERNON S. BRODERICK, United States District Judge:

        I am in receipt of Plaintiff's letter, dated February 29, 2024, requesting that I

(1) reconsider my decision denying Plaintiff's request for a *Valentin* order, and (2) compel the

City of New York to provide limited discovery associated with his May 9, 2021 arrests.  (Doc.

78.)  Accordingly, it is hereby

        ORDERED that defense counsel shall respond to Plaintiff's letter by April 2, 2024.

SO ORDERED.

Dated:    March 12, 2024
          New York, New York

                                                _____
                                                VERNON S. BRODERICK
                                                United States District Judge