

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MICHAEL FUTRAL**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 356-1643<br>Fax: (212) 356-3509<br>mifutral@law.nyc.gov |

September 2, 2025

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   <u>Robert Lurch v. John Doe, et al.</u>,
              22 Civ. 2324 (VSB)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for Defendants P.O. Eric Kim and P.O. Amanda Psareas ("Defendants") in the above-referenced matter. I write on behalf of Defendants to respectfully request that the Court hold in abeyance all of Defendants' deadlines and Plaintiff's requested briefing schedule until September 15, 2025. This is Defendants' second request for an extension of time. Plaintiff consents to this request.

      By way of background, Plaintiff, who is proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983 against P.O. Kim, P.O. Psareas, Dr. Jonathan Howard, and Registered Nurse K. Carty arising from two arrests that occurred on May 9, 2021. (*See* ECF No. 58). On April 9, 2025, Plaintiff requested that the Court set a briefing schedule for his Second Amended Complaint ("SAC") regarding his first arrest involving P.O. Kim and P.O. Psareas and to stay proceedings related to his second arrest. (*See* ECF No. 111).

      The purpose of this request is to provide the parties with additional time to explore early settlement. The parties have already been engaged in meaningful discussions, and this extension will allow Plaintiff and Defendants to focus their efforts on settlement on resolving the matter without further litigation while also conserving judicial resources.

[THE PORTION OF THE PAGE IS INTENTIONALLY BLANK]

   As such, to conserve time and resources and enable both parties to continue their efforts toward an early resolution, Defendants respectfully request that the Court hold in abeyance all of Defendants' deadlines and the briefing schedule requested by Plaintiff until September 15, 2025.

                   Respectfully submitted,

                   *Michael Futral* /s/
                   Michael Futral
                   *Assistant Corporation Counsel*
                   Special Federal Litigation Division

Cc:  **VIA ECF, EMAIL, & FIRST CLASS MAIL**
   Robert Derek Lurch, Jr.
   321 East Tremont Avenue
   Bronx, NY 10457
   robertlurch2018@gmail.com
   *Plaintiff Pro Se*

This case is hereby STAYED. The parties are directed to submit a joint update letter by September 15, 2025 on the status of settlement discussions. The parties' joint update letter should include whether the parties would like to be referred to the Court's mediation program or to a United States Magistrate Judge for mediation.

Dated: September 3, 2025

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE