UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

Plaintiff,

-against-

JOHN DOE et al.,

Defendants.

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**22-CV-2324 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court scheduled an in-person initial case management conference for today and Plaintiff did not appear or submit a proposed case management plan to the Court in advance of the conference.

By **September 16, 2026,** Plaintiff is directed to file a short letter on the docket confirming his current address and contact information. Plaintiff should also provide a brief explanation regarding his absence at today's conference, and why he did not file a proposed case management plan beforehand.

The Court will reschedule the initial case management conference. The conference will be held in-person on **October 8, 2026** at **2:00 PM** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly.

By **October 1, 2026**, the parties are directed to each complete the Proposed Case Management Plan for Pro Se Cases available at

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JW%20Willis%20Proposed%20Case%20Management%20Plan%20for%20Pro%20Se%20Case_2025.12.9.pdf. Defendant should update their previously submitted Proposed Case Management Plan (Dkt. No. 136) to account for the postponement of the conference. Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the address on the docket.**

SO ORDERED.

Dated: New York, New York
September 2, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge